# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS W. JEFFERSON,<br><br>             Plaintiff,<br><br>      vs.<br><br>THE BOEING COMPANY; DOE 1 THROUGH DOE 50; DOE 1 CORPORATION THROUGH DOE 10 CORPORATION; DOE 1 PARTNERSHIP THROUGH DOE 10 PARTNERSHIP,<br><br>             Defendants. | CASE NO. CV 13-04453 PSG (SSx)<br><br>**DISCOVERY MATTER**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Magistrate Judge: Hon. Suzanne H. Segal<br><br>**PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION** |

**IT IS ORDERED THAT** the terms governing the designation and handling of confidential materials as described in the Joint Stipulation and [Proposed] Protective Order Re Confidential Information shall be entered as the Order of the Court, and shall be binding upon the parties.

DATED: 1/16/14

_____/S/_____
THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

4850-1496-0407.1