E-FILED: 06-23-2014

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOUIS W. JEFFERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY; DOE 1 THROUGH DOE 50; DOE 1 CORPORATION THROUGH DOE 10 CORPORATION; DOE 1 PARTNERSHIP THROUGH DOE 10 PARTNERSHIP,<br><br>    Defendants. | Case No. CV 13-04453 PSG (SSx)<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT**<br><br>Date Action Filed: May 28, 2013<br>Trial Date: July 22, 2014 |

1  The Motion for Summary Judgment or in the Alternative, Partial Summary
2  Judgment (the "Motion") by Defendant The Boeing Company ("Defendant" or
3  "Boeing") was considered by the Court without oral argument. After considering the
4  arguments in the moving, opposing, and reply papers, the Court issued its Order
5  granting the Motion as to all of Plaintiff Louis Jefferson's ("Plaintiff") causes of action
6  on June 16, 2014. The issues having been duly heard and a decision granting the
7  Motion having been duly rendered,

8

9  IT IS **ORDERED AND ADJUDGED** that Plaintiff take nothing, that the action
10 be dismissed with prejudice on the merits and that Defendant The Boeing Company
11 recover its costs.

12

13

14 DATED: __June 23__, 2014

15
16                           **PHILIP S. GUTIERREZ**
                             _____
17                           THE HONORABLE PHILIP S. GUTIERREZ
                             UNITED STATES DISTRICT COURT JUDGE
18

19

20 4849-8205-7243.1

-1-
[PROPOSED] JUDGMENT